(119 So. 918)

## H. L. McGILL v. ALABAMA FUEL & IRON CO. (7 Div. 711.)

Supreme Court of Alabama. Jan. 17, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(119 So. 918)

## G. L. MALONE v. J. J. TALBERT. (7 Div. 824.)

Supreme Court of Alabama. Jan. 17, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(119 So. 918)

## G. L. MAYS v. J. A. KREIS. (7 Div. 825.)

Supreme Court of Alabama. Jan. 17, 1929.

PER CURIAM. Affirmed on certificate.

(119 So. 918)

## MILLER MFG. CO. v. N. H. WATERS. (6 Div. 159.)

Supreme Court of Alabama. Jan. 24, 1929.

THOMAS, J. Affirmed, on authority of Ex parte State (State v. White Fur. Co.) 206 Ala. 575, 90 So. 896.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(117 So. 923)

## Otto RAKESTRAW v. STATE. (7 Div. 831.)

Supreme Court of Alabama. June 30, 1928.

Frank B. Embry, of Pell City, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

BOULDIN, J. Petition of Otto Rakestraw for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Rakestraw v. State, 22 Ala. App. 487, 116 So. 414. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(118 So. 921)

## Wesley RAY v. STATE. (7 Div. 839.)

Supreme Court of Alabama. Oct. 11, 1928.

Merrill & Field, of Anniston, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J. Petition of Wesley Ray for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Ray v. State, 22 Ala. App. 687, 118 So. 926. Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(119 So. 918)

## Timothy RENDER v. Julia RENDER. (7 Div. 796.)

Supreme Court of Alabama. Jan. 17, 1929.

PER CURIAM. Affirmed for want of assignments of error.

(117 So. 923)

## Claude SCOTT, alias Scott Williams, alias William Scott, v. STATE. (6 Div. 974.)

Supreme Court of Alabama. May 24, 1928.

PER CURIAM. Affirmed.

All the justices concur, except GARDNER, J., not sitting.

(117 So. 923)

## Phillips SHORTER et al. v. KNIGHTS OF PYTHIAS et al. (6 Div. 162.)

Supreme Court of Alabama. May 23, 1928.

PER CURIAM. Rule nisi denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.